McGREGOR W. SCOTT
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE LOCAL COURT OF TIRSCHENREUTH, GERMANY, IN THE MATTER OF *E. K. v. ROBERT E. LYNDS, JR.*, DOJ REF. NO. 189-26-18-4 | MISC. NO. 2:18-mc-00055 TLN-EFB<br><br>**[PROPOSED] ORDER APPOINTING COMMISSIONER PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. § 1782, Assistant United States Attorney Edward A. Baker is appointed as Commissioner, and is authorized to issue subpoenas reasonably necessary to compel Robert E. Lynds, Jr. to provide a DNA sample and proof of identification for use in a judicial proceeding in the Local Court of Tirschenreuth, Germany.

The United States Marshals Service shall personally serve a copy of the *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782(a) and all attachments and exhibits to that document, as well as a copy of this Order, on Robert E. Lynds, Jr. at his last known address, or at any location Mr. Lynds, Jr. is found within the Eastern District of California. The United States Marshall Service shall be the entity responsible for obtaining the DNA sample from Mr. Lynds, Jr.

IT IS SO ORDERED.

DATED: April 30, 2018.

EDMUND F. BRENNAN
United States Magistrate Judge